UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROSE, et al.,

*Plaintiff*

v.

FERRARI NORTH AMERICA, INC., et al.,

*Defendant*

Civil Action No. 2:21-cv-20772 (JMV) (CLW)

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that SIXTYSIX CAPITAL, LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ James E. Cecchi*
Signature of Attorney

5 Becker Farm Road
Address

Roseland, New Jersey, 07068
City/State/Zip

12/5/2022
Date