James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

[Additional Attorneys on Signature Page]

*Counsel for Plaintiffs and Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY ROSE, VAN CARLUCCI, and ART BARTOSIK and SIXTYSIX CAPITAL, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>FERRARI NORTH AMERICA, INC., FERRARI S.P.A., ROBERT BOSCH, LLC, and ROBERT BOSCH GMBH,<br><br>      Defendants. | Case No. 2:21-cv-20772 (JMV) (CLW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WTHOUT PREJUDICE OF DEFENDANT ROBERT BOSCH, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby give notice of their voluntary dismissal of Defendant Robert Bosch, LLC from this case without prejudice. Defendant has not yet served an answer or moved for summary judgment, under Rule 41(a)(1)(B), such dismissal is without prejudice.

Dated: March 15, 2023

Michael J. Flannery, Esq.*
**CUNEO GILBERT &**
**LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO  63141

Respectfully submitted:

*/s/ James E. Cecchi*
James E. Cecchi, Esq.
Caroline F. Bartlett, Esq.
Jordan M. Steele, Esq.*
**CARELLA BYRNE CECCHI**

1

| | |
|---|---|
| P: 314-226-1015<br>mflannery@cuneolaw.com | **OLSTEIN BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ  07068 |
| Gary K. Burger, Esq.*<br>**BURGER LAW, LLC**<br>500 North Broadway<br>Suite 1860<br>St. Louis, MO  63102<br>P: 314-542-2222<br>gary@burgerlaw.com | P: 973-994-1700<br>jcecchi@carellabyrne.com<br>cbartlett@carellabyrne.com<br>jsteele@carellabyrne.com |
| | Zachary S. Bower, Esq.+<br>**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.**<br>2222 Ponce De Leon Blvd.<br>Miami, FL 33134<br>P: 973-994-1700<br>zbower@carellabyrne.com |
| Charles J. LaDuca, Esq.*<br>Alexandra C. Warren, Esq.*<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Avenue, NW<br>Suite 200<br>Washington, DC  20016<br>P: 202-789-3960<br>charles@cuneolaw.com<br>awarren@cuneolaw.com | W. Daniel "Dee" Miles, III, Esq.*<br>H. Clay Barnett, III, Esq.*<br>James Mitchell Williams, Esq.*<br>Dylan T. Martin, Esq.*<br>**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**<br>218 Commerce St<br>Montgomery, AL 36104<br>P: 334-269-2343<br>dee.miles@beasleyallen.com<br>clay.barnett@beasleyallen.com<br>mitch.williams@beasleyallen.com<br>dylan.martin@beasleyallen.com |

*Attorneys for Plaintiffs and*
*Interim Class Counsel*

*\*Admitted Pro Hac Vice*
*+To Be Admitted Pro Hac Vice*