James E. Cecchi, Esq.
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Attorney for Plaintiffs and Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY ROSE, VAN CARLUCCI, and ART BARTOSIK and SIXTYSIX CAPITAL, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FERRARI NORTH AMERICA, INC., FERRARI S.P.A., ROBERT BOSCH, LLC, and ROBERT BOSCH GMBH,<br><br>　　　　　Defendants. | Case No. 2:21-cv-20772 (JMV) (CLW) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Art Bartosik and SixtySix Capital, LLC, by and through undersigned counsel, hereby give notice of their voluntary dismissal of their claims against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal is without prejudice.

Dated: March 31, 2023

Michael J. Flannery, Esq.*
**CUNEO GILBERT &**
**LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO  63141
P: 314-226-1015

Respectfully submitted:

*/s/ James E. Cecchi*
James E. Cecchi, Esq.
Caroline F. Bartlett, Esq.
Jordan M. Steele, Esq.*
**CARELLA BYRNE CECCHI**
**OLSTEIN, BRODY & AGNELLO, P.C.**

mflannery@cuneolaw.com

Gary K. Burger, Esq.*
**BURGER LAW, LLC**
500 North Broadway
Suite 1860
St. Louis, MO  63102
P: 314-542-2222
gary@burgerlaw.com

Charles J. LaDuca, Esq.*
Alexandra C. Warren, Esq.*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC  20016
P: 202-789-3960
charles@cuneolaw.com
awarren@cuneolaw.com

5 Becker Farm Road
Roseland, NJ  07068
P: 973-994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com
jsteele@carellabyrne.com

Zachary S. Bower, Esq.+
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, FL 33134
P: 973-994-1700
zbower@carellabyrne.com

W. Daniel "Dee" Miles, III, Esq.*
H. Clay Barnett, III, Esq.*
James Mitchell Williams, Esq.*
Dylan T. Martin, Esq.*
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
218 Commerce St
Montgomery, AL 36104
P: 334-269-2343
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com
mitch.williams@beasleyallen.com
dylan.martin@beasleyallen.com

*Attorneys for Plaintiffs and Interim Class Counsel*

*\*Admitted Pro Hac Vice*
*+To Be Admitted Pro Hac Vice*